<table>
<tr><td>1</td><td>LOUIS A. HIGHMAN, State Bar No. 61703<br>BRUCE J. HIGHMAN, State Bar No. 101760</td></tr>
<tr><td>2</td><td>HIGHMAN, HIGHMAN & BALL<br>A Professional Law Association</td></tr>
<tr><td>3</td><td>870 Market Street, Suite 467<br>San Francisco, CA 94102</td></tr>
<tr><td>4</td><td>Telephone: (415) 982-5563<br>Fax: (415) 982-5202</td></tr>
<tr><td>5</td><td>Email: bruce.highman@highman-ball.com</td></tr>
<tr><td>6</td><td>Attorneys for Plaintiff and Counterdefendant</td></tr>
</table>

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

| 10 | MAXINE ELLIS, | No. C 10-01599 BZ |
|---|---|---|
| 11 | Plaintiff, | STIPULATION TO CHANGE TIME BY ONE DAY TO FILE AND SERVE |
| 12 | -v- | OPPOSITION AND REPLY PAPERS REGARDING DEFENDANTS |
| 13 | DOTNEXT INC.; LEAPFISH INC.; BEHNAM BEHROUZI; RUSSELL SAFAR; | LEAPFISH INC AND RUSSELL SAFAR'S MOTIONS TO DISMISS |
| 14 | DOES 1-10, inclusive, | AND REGARDING PLAINTIFF AND COUNTERDEFENDANT MAXINE |
| 15 | Defendants. | ELLIS' MOTIONS FOR LEAVE TO FILE SUPPLEMENTAL |
| 16 | | COMPLAINT AND TO DISMISS COUNTERCLAIM; DECLARATION |
| 17 | | OF BRUCE J. HIGHMAN; ORDER |
| 18 | | Date: July 21, 2010 |
| 19 | | Time: 10:00 a.m.<br>Courtroom: G, 15th Floor |
| 20 | | Judge: Hon. Bernard Zimmerman |
| 21 | DOTNEXT INC., | |
| 22 | Counterclaimant, | |
| 23 | -v- | |
| 24 | MAXINE ELLIS, | |
| 25 | Counterdefendant. | |
| 26 | | |
| 27 | | |

28      Four motions are going to come on for hearing before the Court on July 21, 2010: (1)

1  defendant LeapFish Inc.'s motion to dismiss; (2) defendant Russell Safar's motion to dismiss; (3)

2  plaintiff and counterdefendant Maxine Ellis' motion for leave to file supplemental complaint; and

3  (4) plaintiff and counterdefendant Maxine Ellis' motion to dismiss counterclaim. The oppositions

4  to these motions are currently due on June 30, 2010, 21 days before the hearing. The replies

5  regarding these motions are currently due on July 7, 2010, 14 days before the hearing.

6      The parties hereto, by and through their respective attorneys, hereby stipulate to change the

7  time for the filing and service of the oppositions and replies regarding these four motions by one day

8  so that the oppositions will be due on July 1, 2010, 20 days before the hearing, and the replies will

9  be due on July 8, 2010, 13 days before the hearing.

11  DATED: June 28, 2010

                              HIGHMAN, HIGHMAN & BALL
12                                A PROFESSIONAL LAW ASSOCIATION

14                                By/s/ Bruce J. Highman
                              Attorneys for Plaintiff and Counterdefendant
15                                Maxine Ellis

16  DATED: June 28, 2010

                              OWENS TARABICHI LLP

19                                By/s/ Bruno Tarabichi
                              Attorneys for Defendant and Counterclaimant
                              DotNext Inc. and Defendants LeapFish Inc.,
20                                Behnam Behrouzi and Russell Safar

21                      DECLARATION OF BRUCE J. HIGHMAN

22  I, Bruce J. Highman, hereby declare:

23      1. The reason for this stipulation is that I have been on vacation with my wife starting June

24  22 and will return to San Francisco late at night on June 30, 2010. My first day back in the office is

25  July 1, 2010. I need the one day extension to July 1 on plaintiffs' oppositions to the motions to

26  dismiss so that I can complete the oppositions on my first day back in the office rather than on

27  vacation.

28      2. When I asked defendants for the one day extension on the oppositions to the motions to

1  dismiss, they then asked that their oppositions to plaintiff's two motions be extended one day to July

2  1 also, and their replies regarding the motions to dismiss be extended one day to July 8. I agreed to

3  defendants' request which I thought was reasonable.

4      3. This stipulation does not change the date of the hearing on the four motions which is July

5  21, 2010. I note that the papers filed in support of the four motions are all short.

6      I declare under penalty of perjury under the laws of the United States that the foregoing is

7  true and correct, and that this declaration was executed on June 28, 2010.

8

9                      /s/ Bruce J. Highman
                    Bruce J. Highman

10

11                      ORDER

Pursuant to the stipulation of the parties, it is so ORDERED.

12

13  DATED: 28 June 2010

14                      Honorable Bernard Zimmerman
                    U.S. District Court Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28