UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE ELLIS,<br><br>        Plaintiff(s),<br><br>    v.<br><br>DOTNEXT INC.; LEAPFISH INC.;<br>BEHNAM BEHROUZI; RUSSELL<br>SAFAR; DOES 1-10 inclusive,<br><br>        Defendant(s). | No. C10-1599  BZ<br><br>**ORDER RESOLVING<br>PLEADING MOTIONS** |

Plaintiff having voluntarily dismissed Leapfish, **IT IS HEREBY ORDERED** that Leapfish's motion to dismiss (Docket No. 6) is **DENIED AS MOOT** and that the hearing on that motion presently scheduled for July 21, 2010 is **VACATED.**

Having received statements of non-opposition from defendants DotNext and Behrouzi, **IT IS HEREBY ORDERED** that plaintiff's motion to file a supplemental complaint (Docket No. 21) is **GRANTED**.  Defendants shall answer by **July 19, 2010.**

The impact of the supplemental complaint on defendant

1

1  Safar's motion to dismiss (Docket No. 7) and the impact of the
2  DotNext's answer and amended counterclaim (Docket No. 29) on
3  plaintiff's motion to dismiss (Docket No. 19), is unclear.
4  **IT IS THEREFORE ORDERED** that by **July 9, 2010** the parties shall
5  meet and confer and thereafter file a joint writing clarifying
6  which motions still need Court resolution.  The parties shall
7  also discuss whether they are not better off using their
8  resources in an early settlement effort, as opposed to a
9  pleading war.  The Court is prepared to schedule an early ADR
10 at the parties request.
11 Dated: July 2, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ELLIS V. DOXNEXT\ORDER 7.2.2010.wpd