UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MAXINE ELLIS,
    Plaintiff,

v.

DOTNEXT, INC., et al.,
    Defendants.

No. C 10-1599 BZ

**ORDER EXTENDING MEDIATION DEADLINE, DENYING REQUEST TO SCHEDULE THE MEDIATION ON A WEEKEND AND FINDING AS MOOT THE REQUEST TO EXCUSE PLAINTIFF FROM ATTENDING THE MEDIATION IN PERSON**

    IT IS HEREBY ORDERED that plaintiff's request to extend the deadline to complete the mediation to January 31, 2011 in this case is GRANTED. The parties shall work with the mediator to find a new date that is mutually convenient upon which to conduct the session. Since the deadline has been extended, there will be no need to schedule the mediation on a weekend and the court DENIES the request to order the mediation to occur on a Saturday or Sunday.

    Finally, given that the new deadline for completing the mediation will eliminate the need for plaintiff to seek to be excused from personal appearance at the session, the court finds the request to the ADR Magistrate Judge to allow her to appear telephonically at the session is MOOT.

    IT IS SO ORDERED.

17 Nov 2010
Dated

By: _____
Bernard Zimmerman
United States Magistrate Judge