UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAXINE ELLIS,

        Plaintiff(s),

    v.

DOTNEXT INC.; LEAPFISH INC.; BEHNAM BEHROUZI; RUSSELL SAFAR; DOES 1-10 inclusive,

        Defendant(s).

No. C10-1599 BZ

**ORDER GRANTING PLAINTIFF MAXINE ELLIS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT**

Plaintiff Maxine Ellis' motion for leave to file a supplemental complaint is before this Court. There being no opposition, the Court **ORDERS** that the motion be **GRANTED**, and that plaintiff be given leave to file the proposed supplemental complaint. Defendants shall answer by **February 23, 2011.**

Dated: February 9, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ELLIS V. DOXNEXT\PROPOSED ORDER GRANTING PLTFS MOTION TO FILE SUPP COMPLAINT.wpd

1