1  **DAVID R. OWENS**, State Bar No. 180829
   dowens@owenstarabichi.com
2  **BRUNO W. TARABICHI**, State Bar No. 215129
   btarabichi@owenstarabichi.com
3  **OWENS TARABICHI LLP**
   111 N. Market St., Suite 730
4  San Jose, California 95113
   Telephone: 408.298.8200
5  Facsimile:  408.521.2203

6  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Maxine Ellis,<br><br>  Plaintiff,<br><br>vs.<br><br>DotNext Inc., LeapFish Inc., Behnam Behrouzi, Russell Safar, and DOES 1–10,<br><br>  Defendants. | Case No. 3:10-cv-01599-BZ<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE SUPPLEMENTAL COMPLAINT**<br><br>Case Filed: April 14, 2010<br>Judge: Hon. Bernard Zimmerman |

On February 9, 2011, the Court issued an Order granting Plaintiff Maxine Ellis leave to file a supplemental complaint. (PACER Document # 73)  The Order also required Defendants to respond to the supplemental complaint on or before February 23, 2011.

However, the parties have reached a tentative settlement.  The parties are in the final stages of negotiating the terms of the settlement and are in the process of finalizing a settlement agreement.

As it appears that the parties will settle this action, Plaintiff Maxine Ellis and Defendants DotNext Inc. and Behnam Behrouzi, by and through their respective counsel of record, hereby stipulate, pursuant to Civil Local Rules 6-1 and 6-2, for an order extending the date by which Defendants must respond to the supplemental complaint by 30 days to March 25, 2011.  Good

cause exists for this request because, if this action settles as anticipated, the extension of time will allow Defendants to avoid the unnecessary expense, including attorneys' fees, associated with responding to the supplemental complaint. This Stipulation is supported by the accompanying Declaration of Bruno Tarabichi.

Dated: February 21, 2011

Respectfully submitted,

OWENS TARABICHI LLP

By __/s/ Bruno Tarabichi__
    David R. Owens
    Bruno W. Tarabichi
    Attorneys for Defendants

Dated: February 21, 2011

Respectfully submitted,

HIGHMAN, HIGHMAN & BALL

By __/s/ Bruce Highman__
    Bruce Highman
    Attorneys for Plaintiff

IT IS SO ORDERED.

Dated: 22 Feb 11

_____
The Honorable Bernard Zimmerman