1  LOUIS A. HIGHMAN, State Bar No. 61703
   BRUCE J. HIGHMAN, State Bar No. 101760
2  HIGHMAN, HIGHMAN & BALL
   A Professional Law Association
3  870 Market Street, Suite 467
   San Francisco, CA 94102
4  Telephone: (415) 982-5563
   Fax: (415) 982-5202
5  Email: bruce.highman@highman-ball.com

6  Attorneys for Plaintiff and Counterdefendant

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  MAXINE ELLIS,                          No. C 10-01599 BZ

11       Plaintiff,                        STIPULATION REGARDING
                                           SETTLEMENT, RETENTION OF
12  -v-                                    JURISDICTION, AND VACATING
                                           OF DATES; ORDER
13  DOTNEXT INC.; LEAPFISH INC.;
    BEHNAM BEHROUZI; RUSSELL SAFAR;
14  DOES 1-10, inclusive,

15       Defendants.

16

17
    DOTNEXT INC.,
18
         Counterclaimant,
19
    -v-
20
    MAXINE ELLIS,
21
         Counterdefendant.
22

23

24

25       The parties hereto have entered into a confidential settlement agreement which requires

26  obligations to be performed.

27       Once all acts required under the settlement agreement have been performed, the parties will

28  stipulate to dismissal of the action with prejudice. The parties expect to be able to submit the

                                           Stipulation Regarding Settlement;
                                           Order- No. 10-01599BZ

1   stipulation to dismiss the action to the Court by May 20, 2011.

2       Accordingly, the parties hereto, by and through their respective attorneys, hereby stipulate

3   to the retention of the Court's jurisdiction over this action and the parties to enforce the settlement

4   agreement. The parties further stipulate to taking off calendar all court hearing and trial dates, and

5   vacating all deadlines, currently set in this case.

6

7   DATED: March 3, 2011
                                            HIGHMAN, HIGHMAN & BALL
8                                           A PROFESSIONAL LAW ASSOCIATION

9

10                                          By/s/ Bruce J. Highman
                                            Attorneys for Plaintiff and Counterdefendant
11                                          Maxine Ellis

12  DATED: March 9, 2011
                                            OWENS TARABICHI LLP
13

14
                                            By/s/ Bruno Tarabichi
15                                          Attorneys for Defendant and Counterclaimant
                                            DotNext Inc. and Defendants LeapFish Inc.,
16                                          Behnam Behrouzi and Russell Safar

17

18

19

20

21

22

23

24

25

26

27

28

                                                    Stipulation Regarding Settlement;
                            - 2 -                   Order- No. 10-01599BZ

1                                 <u>ORDER</u>

2        Pursuant to the stipulation of the parties, it is so ORDERED. The Court retains jurisdiction

3 over the action and the parties to enforce their settlement agreement. All hearing dates and deadlines

4 scheduled in this case are hereby vacated and taken off calendar.

5

6

7 DATED: March **7**___, 2011                                                                                              Honorable Bernard Zimmerman

8                                                                               U.S. District Court Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        Stipulation Regarding Settlement;
                                        Order- No. 10-01599BZ